*Supplement Answer by Debtor to Mr. Lunds answer filed 2/2/2020*

IN THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS



TINA M CARSON

DEBTOR

CASE NO: 18-11150-13

CHAPTER 13

OBJECTION TO TRUSTEES MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THE TERMS OF THE CONFIRMED PLAN

1. THE AMOUNT OWED IS OBJECTED TO AS THE PRIOR SERVICER FAYE SERVICING WAS CITED AND SUED AND WAS TO IDENTIFY THE VICTIMS OF THEIR FORECLOSURE MISCONDUCT AND FRAUD. THE DEBTOR WAS A VICTIM OF THEM CONTINUING A FORECLOSURE PROCESS FORECLOSING WHILE BEING REVIEWED FOR IN A LOAN MODIFICATION. H.R. 3015 Consumer protection 6/2017

2. THERE IS COMPENSATION SET ASIDE FOR THIS MISCONDUCT AND THE DEBTOR HAS NOT BEEN COMPENSATED. MISCONDUCT AND FRAUD.
3. I DO NOT KNOW WHERE THE 84000 ARREARAGE COMES FROM THERE NEEDS TO
4. BE A BANK AUDIT—IT IS MY BELIEF THAT THERE IS FRAUD IN THIS.

5. MR LUND STATED TO ME THAT THEY COULDN T TRANSFER THIS LOAN WHILE IT WAS IN BANKRUPTCY WITHOUT THE COURTS APPROVAL. THIS LOAN WITHOUT FIRST HAVING A HEARING. I OBJECT TO ANY AND ALL TRANSFERS OR SALES, OR TRUSTEE DEEDS I HAVENT CONSENTED TO THAT, *Adventures, Lines of Credit, OR In Rem Judgements. Or Foreclosure Actuaties (pro nun tunc)*

6. IN THE ORIGINAL NOTE IT STATES THAT REINSTATEMENT, LOAN MODIFICATION,ETC....PRIOR TO NOTICE OF DELINQUENCY OR DEFAULT BOOK 510

7. WE WERE UNDER THE GOVERNORS ORDER TO STAY HOME DUE TO THE PANDEMIC/THIS ORDER DID IMPACT AS RIGHT AFTER I LISTED IT, SHE CALLED AND TOLD ME SHE WOULDN'T BE COMING OVER/My income was impacted..

8. THERE HAS BEEN MY PAPERS, BOXES BEING STOLEN FROM MY HOME EVEN

9. Objection to the Interim Statement and Claim

10. Objecting to not receiving a Loan Modifications under the Garn-St. Germain Depository Act

    And any other available programs..

11. Objection to not getting a Loan Modification or work out to keep my home under any and all government programs including the Garn-St. Germain Depository Act, Cares Act, and Homeowners Bill of Rights, Making the Home Affordable, AND TREATY LAWS.

Respectfully Submitted,

*[signature]*

Tina Carson-Debtor pro persona
620-518-3992

*more o childrens rights,*
*Retain any & all rights from Treaty Laws & any other laws.*

Certificate of Service:

I Tina Carson, HEREBY send a copy of this OBJECTION TO THE TRUSTEES MOTION TO DISMISS

ON THIS 2ND ~~3rd~~ DAY OF September, 2020 via 1st class mail or by fax    *Arrived ~~sent~~ at 5:00 9/2/2002*

*Late filed - Atty client relationship - unable to know if he filed, or what he filed*
*St ress,*

Tina Carson-Debtor pro-persona

5451 W. Road 11

Ulysses, Ks 67880

620-518-3992