**Fill in this information to identify the case:**

Debtor 1    Tina M Carson, dba Breath of Life

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____    District of    KANSAS
(State)

Case number    18-11150

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PROF-2013-M4 Legal Title Trust II, By U.S. Bank National Association, As Legal Title Trustee

**Court claim no. (if known)** 2

**Last four digits** of any number you use to identify the debtor's account: XXXXXX9945

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
- ☒ No
- ☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| # | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | 8/2/2018, | (3) | $ 500.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 7/25/2018, | (5) | $ 300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify: Plan Review; | 6/28/2018, | (11) | $ 350.00 |
| 12. | Other. Specify: _____ | | (12) | $ ___ |
| 13. | Other. Specify: _____ | | (13) | $ ___ |
| 14. | Other. Specify: _____ | | (14) | $ ___ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Tina M Carson, dba Breath of Life | Case number (*if known*) | 18-11150 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | */s/Toni  Townsend* | | Date | 12/14/2018 |
|---|---|---|---|---|---|
| | | Signature | | | |
| Print: | | Toni | Townsend | Title | Authorized Agent |
| | | First Name    Middle Name | Last Name | | |
| Company | | McCalla Raymer Leibert Pierce, LLC, Authorized Agent for Fay Servicing, LLC | | | |
| Address | | 1544 Old Alabama Road | | | |
| | | Number    Street | | | |
| | | Roswell | GA    30076 | | |
| | | City | State    ZIP Code | | |
| Contact phone | | (312) 346-9088 X5174 | Email | Toni.Townsend@mccalla.com | |

Official Form 410S2     Notice of Postpetition Mortgage Fees, Expenses, and Charges     page 2

Case 18-11150    Doc#    Filed 12/17/18    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**In re:**　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)　**Case No.** 18-11150
Tina M Carson　　　　　　　　　　　　　　　　)　**Chapter** 13
*dba* **Breath of Life**　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)　**JUDGE:** ROBERT E. NUGENT

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

- Attorney fees:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$500.00
  - 08/02/2018　　Preparation and Filing of the Objection to Confirmation　　$500.00

- Bankruptcy/Proof of Claim Fees:　　　　　　　　　　　　　　　　　　　　　　　　$300.00
  - 07/25/2018　　Preparation and Filing of Proof of Claim　　$300.00

- Other:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$350.00
  - 06/28/2018　　Review and Analysis of Schedules, Plan, Docket, Loan Docs　　$350.00

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:　　　　　　　**$1,150.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 18-11150
　　　　　　　　　　　　　　　　　　　　Chapter:　　　　　13
　　Tina M Carson　　　　　　　　　　　Judge:　　　　　　Robert E. Nugent
　　*dba* **Breath of Life**

### CERTIFICATE OF SERVICE

　　I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

　　That I am, and at all times hereinafter mentioned, was more than 18 years of age;

　　That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Tina M Carson
5451 West Road 11
Ulysses, KS 67880

David J. Lund　　　　　　　　　　　　　　*(served via ECF Notification)*
Law Office of David J. Lund, LLC
727 N. Waco, Ste. 565
P O Box 635
Wichita, KS 67201

Carl B. Davis, Trustee　　　　　　　　　*(served via ECF Notification)*
300 W Douglas Suite 650
Wichita, KS 67202

U.S. Trustee　　　　　　　　　　　　　　*(served via ECF Notification)*
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202

　　I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:　　12/17/2018　　By:　　*/s/Toni Townsend*
　　　　　　　　　(date)　　　　　　　Toni Townsend
　　　　　　　　　　　　　　　　　　　Authorized Agent for Fay Servicing, LLC