| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Tina M Carson dba Breath of Life |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | FOR THE   District of KANSAS (State) |
| Case number | 18-11150 |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ajax Mortgage Loan Trust 2018-F, Mortgage-Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 3539

**Date of payment change:** Must be at least 21 days after date of this notice: 06/01/2019

**New total payment:** Principal, interest, and escrow, if any  $ 1,424.40

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 335.02          New escrow payment: $ 335.74

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%           New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1                     Notice of Mortgage Payment Change

| Debtor 1 | Tina M Carson | Case number (if known) | 18-11150 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Jonathon B. Burford       Date 04/22/2019
   Signature

Print:  Jonathon B. Burford           Title  Attorney
        First Name  Middle Name  Last Name

Company:  Kozeny & McCubbin, LC

Address:  12400 Olive Blvd, Suite 555
          Number    Street

          Saint Louis, MO  63141
          City              State   ZIP Code

Contact phone  Phone: (314) 991-0255      Email  ksbk@km-law.com

Official Form 410S1          Notice of Mortgage Payment Change

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## PROJECTIONS FOR COMING YEAR

| COMPANY |
| --- |
| Gregory Funding<br>P. O. Box 25430<br>Portland OR 97298<br>(866) 712-5698 |

| ACCOUNT NO. | |
| --- | --- |
| STATEMENT DATE | 4/18/2019 |

| NEW PAYMENT INFORMATION |
| --- |
| *If you have already received your monthly billing statement, please adjust your bill to reflect the new payment amount reflected on this statement.* |

| | |
| --- | --- |
| Principal and Interest | $1,088.66 |
| Escrow Payment | $334.69 |
| Shortage/Surplus | $1.05 |
| Deficiency | $0.00 |
| Other | $0.00 |
| **Payment Amount** | **$1,424.40** |
| **Effective Date** | **6/1/2019** |

| BORROWER |
| --- |
| Daniel B Carson<br>5451 W Road 11<br>Ulysses KS 67880-8443 |

Gregory Funding analyzes your escrow account annually, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account projection below, is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account. If you have any questions, you may call our loan servicing department at (866) 712-5698. Please, give your account number when making inquiries by telephone or in writing. We urge you to keep this statement with your loan records for comparison with the actual activity in your account at the end of the escrow accounting computation year.

| ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR | | | | | |
| --- | --- | --- | --- | --- | --- |
| Month-Year | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance | |
| | | | | Projected | Required |
| | | | Starting Balance | $1,164.53 | $1,177.17 |
| Jun-2019 | $334.69 | | | $1,499.22 | $1,511.86 |
| Jul-2019 | $334.69 | | | $1,833.91 | $1,846.55 |
| Aug-2019 | $334.69 | | | $2,168.60 | $2,181.24 |
| Sep-2019 | $334.69 | | | $2,503.29 | $2,515.93 |
| Oct-2019 | $334.69 | | | $2,837.98 | $2,850.62 |
| Nov-2019 | $334.69 | $1,685.00 | Hazard - SHELTER INSURANCE | $1,487.67 | $1,500.31 |
| Dec-2019 | $334.69 | $1,165.62 | Escrowed Tax Payment - GRANT COUNTY,KS | $656.74 | $669.38 |
| Jan-2020 | $334.69 | | | $991.43 | $1,004.07 |
| Feb-2020 | $334.69 | | | $1,326.12 | $1,338.76 |
| Mar-2020 | $334.69 | | | $1,660.81 | $1,673.45 |
| Apr-2020 | $334.69 | | | $1,995.50 | $2,008.14 |
| May-2020 | $334.69 | $1,165.62 | Escrowed Tax Payment - GRANT COUNTY,KS | $1,164.57 | $1,177.21 |

Your ending balance from the last month of the account history is $1,164.53. Your starting balance according to this analysis should be $1,177.17.

This means you have a shortage of $12.64. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over the next 12 months.

Your 6/1/2019 mortgage payment will be $1,424.40 of which $1,088.66 will be for principal and interest and $335.74 will go into your escrow account.

**ESCROW PAYMENT HISTORY**
**GREGORY FUNDING SERVICING ACCOUNT**
**DANIEL B CARSON (BORROWER)**

Your Monthly Mortgage Payment was $1,423.68 of which $1,088.66 was for principal and interest and $335.02 went into your escrow account.

| Date | Reference | From Whom Received / Paid | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|
| 06/01/18 | | Gregory Funding LLC | Escrow @ BK filing | | $1,495.54 | $1,495.54 |
| 07/25/18 | FILED0002A | Daniel B Carson | Borrower Payment | | $335.02 | $1,830.56 |
| 07/25/18 | FILED0002A | Daniel B Carson | Borrower Payment | | $335.02 | $2,165.58 |
| 11/15/18 | INSHAZ | Fay Servicing | HOMEOWNERS INSURANCE | $1,685.00 | | $480.58 |
| 12/10/18 | TAXGEN | Fay Servicing | TAX DISBURSEMENT @ prior servicer | $1,165.62 | | ($685.04) |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | ($350.02) |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | ($15.00) |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $320.02 |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $655.04 |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $990.06 |
| 03/05/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $1,325.08 |
| 04/08/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $1,660.10 |
| 04/01/19 | | | This is assuming the borrower makes the April 2019 escrow payment | | $335.02 | $1,995.12 |
| 05/01/19 | | | This is assuming the borrower makes the May 2019 escrow payment | | $335.02 | $2,330.14 |
| 05/10/19 | | | Escrowed Tax - GRANT COUNTY,KS | $1,165.61 | | $1,164.53 |
| 06/01/19 | | | Required starting balance according to this analysis to be Effective June 2019 | $1,177.17 | | ($12.64) |

**Bankruptcy Disclosure**

Under the Fair Debt Collection Practices Act, this is an attempt to collect a debt and any information obtained will be used for that purpose. However, in the event you have been discharged pursuant to or are under the protection of federal bankruptcy law, this letter is not an attempt to collect the debt against you personally.

If this Escrow Analysis indicates that there is a surplus, it may not mean that you are enititled to receive a return of that surplus. This analysis was calculated based on an assumption that the account is current according to the terms of the Note and Mortgage/Deed of Trust. If the account is behind, in default, or in bankruptcy, this analysis may not reflect the current state of the account or the terms of a bankruptcy plan. If there are enough funds in the escrow account and the surplus is $50 or greater, that surplus will be mailed to you within 30 days, provided the account is current under the terms of the Note and Mortgage/Deed of Trust.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

*V 1.0 04/07/2016 ENC016*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

In Re

**Tina M Carson, dba Breath of Life,**

        Debtor.

**Case No: 18-11150**

**Chapter 13**

**CERTIFICATE OF SERVICE**

**Kozeny & McCubbin, L.C.**
**12400 Olive Blvd., Suite 555**
**St. Louis, MO 63141**
**ksbk@km-law.com**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Mortgage Payment Change and a copy of this pleading were served electronically via CM/ECF the 22nd day of April, 2019 to the parties listed below:

David J. Lund
Attorney for Debtor
727 N Waco
Ste 565
Wichita, KS 67201

Carl B Davis
Trustee
300 W. Douglas
Ste. 650
Wichita, KS 67202

Office of the US Trustee
U.S. Trustee
111 So 18th Plz
Suite 1148
Omaha, NE 68102



And delivered via regular U.S. Mail on April 22, 2019 to:

Tina M Carson
Debtor
5451 W Rd 11
Ulysses, KS 67880

                                                   Respectfully submitted,

                                                   <u>/s/Jonathon B. Burford</u>
                                                   Jonathon B. Burford, #78184
                                                   Dustin Stiles, #25152
                                                   Attorneys for Movant
                                                   12400 Olive Blvd., Suite 555
                                                   St. Louis, MO 63141
                                                   Phone: (314) 991-0255
                                                   Fax: (314) 567-8019
                                                   ksbk@km-law.com


*KM1227379 5KM*