| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Tina M. Carson dba Breath of Life |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: District of | Kansas (State) |
| Case number | 18-11150-ren |

Official Form 410S1

# Notice of Mortgage Payment Change  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ajax Mortgage Loan Trust 2018-F, Mortgage Backed Securities, Series 2018-F, by U.S. Bank National Association, as Indenture Trustee

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX3539

**Date of payment change:** 06/01/2020
Must be at least 21 days after date of this notice

**New total payment:** $ 1,500.72
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   X Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 335.74     New escrow payment: $ 412.06

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   X No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %
   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   X No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Case 18-11150    Doc#    Filed 04/27/20    Page 1 of 5

| Debtor 1 | Tina M. Carson dba Breath of Life | Case number (if known) 18-11150-ren |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

√ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ s/ Wendee Elliott-Clement        Date  4/27/2020
Signature

Print:   Wendee Elliott-Clement        Title  Attorney
         First Name   Middle Name   Last Name

Company:  SouthLaw, P.C.

Address:  13160 Foster Suite 100
          Number      Street
          Overland Park, KS 66213-2660
          City              State    ZIP Code

Contact phone  (913) 663-7600        Email  ksbkecf@southlaw.com

---

Official Form 410S1        **Notice of Mortgage Payment Change**        page **2**

Case 18-11150    Doc#    Filed 04/27/20    Page 2 of 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Tina M. Carson dba Breath of Life, *Debtor* ) | |
| ) | Case No. 18-11150-ren |
| Ajax Mortgage Loan Trust 2018-F, Mortgage Backed ) | |
| Securities, Series 2018-F, by U.S. Bank National Association as ) | Chapter: 13 |
| Indenture Trustee, by Gregory Funding, loan servicing agent for ) | |
| *Moving Creditor* ) | |
| ) | |
| vs. ) | |
| ) | |
| Tina M. Carson dba Breath of Life, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Carl B. Davis, *Trustee* ) | |

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this April 27, 2020 with the United States Bankruptcy Court for the District of Kansas , and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

| | |
|---|---|
| Tina M. Carson<br>5451 W Road 11<br>Ulysses, KS  67880<br>**DEBTOR** | Carl B. Davis<br>300 W Douglas Suite 650<br>Wichita, KS  67202<br>**TRUSTEE** |
| David J. Lund<br>Law Office of David J. Lund, LLC<br>727 N. Waco, Ste 565<br>P.O. Box 635<br>Wichita KS  67201<br>**ATTORNEY FOR DEBTOR** | Office of the United States Trustee<br>301 North Main, Suite 1150<br>Wichita, KS  67202<br>**U.S. TRUSTEE** |

SOUTHLAW, P.C.
 *s/ Wendee Elliott-Clement*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Lisa C. Billman (MBE #64535, KS #25177)
13160 Foster Suite 100, Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 134107
Case No: 18-11150-ren

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
## PROJECTIONS FOR COMING YEAR

| COMPANY | |
|---|---|
| Gregory Funding<br>P. O. Box 25430<br>Portland OR 97298<br>(866) 712-5698 | |

| ACCOUNT NO. | |
|---|---|
| STATEMENT DATE | 4/22/2020 |

**NEW PAYMENT INFORMATION**

*If you have already received your monthly billing statement, please adjust your bill to reflect the new payment amount reflected on this statement.*

| | |
|---|---|
| Principal and Interest | $1,088.66 |
| Escrow Payment | $370.49 |
| Shortage/Surplus | $41.57 |
| Deficiency | $0.00 |
| Other | $0.00 |
| **Payment Amount** | **$1,500.72** |
| **Effective Date** | **6/1/2020** |

| BORROWER |
|---|
| Daniel B Carson<br>5451 W Road 11<br>Ulysses KS 67880-8443 |

Gregory Funding analyzes your escrow account annually, in accordance with federal regulations, to ensure we collect sufficient funds to pay escrow items when they are due. The escrow account projection below, is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account. If you have any questions, you may call our loan servicing department at (866) 712-5698. Please, give your account number when making inquiries by telephone or in writing. We urge you to keep this statement with your loan records for comparison with the actual activity in your account at the end of the escrow accounting computation year.

## ESCROW ACCOUNT PROJECTIONS FOR COMING YEAR

| Month-Year | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance Projected | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | $747.59 | $1,246.46 |
| Jun-2020 | $370.49 | | | $1,118.08 | $1,616.95 |
| Jul-2020 | $370.49 | | | $1,488.57 | $1,987.44 |
| Aug-2020 | $370.49 | | | $1,859.06 | $2,357.93 |
| Sep-2020 | $370.49 | | | $2,229.55 | $2,728.42 |
| Oct-2020 | $370.49 | | | $2,600.04 | $3,098.91 |
| Nov-2020 | $370.49 | | | $2,970.53 | $3,469.40 |
| Dec-2020 | $370.49 | $1,752.00 | Hazard - Liberty Mutual Group Remittance Processing Center-00453 | $1,589.02 | $2,087.89 |
| Dec-2020 | | $1,346.91 | Escrowed Tax Payment - GRANT COUNTY,KS | $242.11 | $740.98 |
| Jan-2021 | $370.49 | | | $612.60 | $1,111.47 |
| Feb-2021 | $370.49 | | | $983.09 | $1,481.96 |
| Mar-2021 | $370.49 | | | $1,353.58 | $1,852.45 |
| Apr-2021 | $370.49 | | | $1,724.07 | $2,222.94 |
| May-2021 | $370.49 | $1,346.91 | Escrowed Tax Payment - GRANT COUNTY,KS | $747.65 | $1,246.52 |

Your ending balance from the last month of the account history is $747.59. Your starting balance according to this analysis should be $1,246.46.

This means you have a shortage of $498.87. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over the next 12 months.

Your 6/1/2020 mortgage payment will be $1,500.72 of which $1,088.66 will be for principal and interest and $412.06 will go into your escrow account.

# ESCROW PAYMENT HISTORY
## GREGORY FUNDING SERVICING ACCOUNT
### DANIEL B CARSON (BORROWER)

Your Monthly Mortgage Payment was $1,424.40 of which $1,088.66 was for principal and interest and $335.74 went into your escrow account.

| Date | Reference | From Whom Received / Paid | Memo | Payment | Deposit | Balance |
|---|---|---|---|---|---|---|
| 06/01/18 | | Gregory Funding LLC | Escrow @ BK filing | | $1,495.54 | $1,495.54 |
| 07/25/18 | FILED0002A | Daniel B Carson | Borrower Payment | | $335.02 | $1,830.56 |
| 07/25/18 | FILED0002A | Daniel B Carson | Borrower Payment | | $335.02 | $2,165.58 |
| 11/15/18 | INSHAZ | Fay Servicing | HOMEOWNERS INSURANCE | $1,685.00 | | $480.58 |
| 12/10/18 | TAXGEN | Fay Servicing | TAX DISBURSEMENT @ prior servicer | $1,165.62 | | ($685.04) |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | ($350.02) |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | ($15.00) |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $320.02 |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $655.04 |
| 01/15/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $990.06 |
| 03/05/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $1,325.08 |
| 04/08/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $1,660.10 |
| 05/07/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $1,995.12 |
| 05/07/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.02 | $2,330.14 |
| 05/10/19 | TAXGEN | Gregory Funding LLC | GRANT COUNTY-150340000 | $1,165.61 | | $1,164.53 |
| 06/07/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $1,500.27 |
| 07/08/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $1,836.01 |
| 09/09/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $2,171.75 |
| 10/07/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $2,507.49 |
| 11/04/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $2,843.23 |
| 11/04/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $3,178.97 |
| 12/06/19 | TAXGEN | Gregory Funding LLC | GRANT COUNTY-150340000 | $1,346.91 | | $1,832.06 |
| 12/09/19 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $2,167.80 |
| 01/03/20 | INSHAZ | Gregory Funding LLC | Liberty Mutual Group Remittance | $1,752.00 | | $415.80 |
| 01/10/20 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $751.54 |
| 03/09/20 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $1,087.28 |
| 03/09/20 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $1,423.02 |
| 04/07/20 | TRUST00002 | Daniel B Carson | Borrower Payment | | $335.74 | $1,758.76 |
| 05/01/20 | | | This is assuming the borrower makes the May 2020 escrow payment | | $335.74 | $2,094.50 |
| 05/10/20 | | | Escrowed Tax Payment - GRANT COUNTY,KS | $1,346.91 | | $747.59 |
| 06/01/20 | | | Required starting balance according to this analysis to be Effective June 2020 | $1,246.46 | | ($498.87) |

## Bankruptcy Disclosure

Under the Fair Debt Collection Practices Act, this is an attempt to collect a debt and any information obtained will be used for that purpose. However, in the event you have been discharged pursuant to or are under the protection of federal bankruptcy law, this letter is not an attempt to collect the debt against you personally.

If this Escrow Analysis indicates that there is a surplus, it may not mean that you are enititled to receive a return of that surplus. This analysis was calculated based on an assumption that the account is current according to the terms of the Note and Mortgage/Deed of Trust. If the account is behind, in default, or in bankruptcy, this analysis may not reflect the current state of the account or the terms of a bankruptcy plan. If there are enough funds in the escrow account and the surplus is $50 or greater, that surplus will be mailed to you within 30 days, provided the account is current under the terms of the Note and Mortgage/Deed of Trust.

If you have any questions, please contact us at 866-712-5698.

Sincerely,

Gregory Funding

*V 1.0 04/07/2016 ENC016*